IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LONGROAD ASSET MANAGEMENT LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:23-cv-00738-DGK |
| BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST and JOHN FULTZ, | ) ) ) ) ) | |
| Defendants. | ) | |

## SHOW CAUSE ORDER

The Court previously ordered Plaintiffs' counsel to show cause why sanctions should not be imposed for violating the Local Rules, the Federal Rules of Civil Procedure, and a prior order of this Court. ECF No. 122. Plaintiffs' counsel has filed a response. ECF No. 123. In it, Plaintiffs' counsel largely acknowledges the violations, but contends they were inadvertent and not intended to mislead the Court or burden the other side.

While the Court has doubts about this explanation—frankly, it seems less than candid and minimizes the seriousness of their conduct—the Court declines to impose sanctions on the present record. Hopefully, having to respond to a show cause order will be a sufficient wake-up call to counsel to refrain from such behavior in the future. But should counsel re-appear before the Court in the future and engage in similar conduct, the Court will not hesitate to sanction them.

**IT IS SO ORDERED.**

Date: August 19, 2025

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT